11TH COURT OF APPEALS

EASTLAND, TEXAS

JUDGMENT

Guy Nelson Montgomery,                           * From the 29th District
                                                  Court of Palo Pinto County,
                                                  Trial Court No. 10990.

Vs. No. 11-13-00019-CR                           * March 14, 2013

State of Texas,                                  * Per Curiam Memorandum Opinion
                                                  (Panel consists of: Wright, C.J.,
                                                  McCall, J., and Willson, J.)

    This court has inspected the record in this cause and concludes that the appeal should be dismissed for want of jurisdiction. Therefore, in accordance with this court's opinion, the appeal is dismissed.